IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG WILLIAMS, ) | Civil Action No. 12 – 944 |
| Plaintiff, ) | |
| ) | District Judge Mark R. Hornak |
| v. ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| JOHN WETZEL, *et al.*, ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

Pending before the Court is a Motion for Summary Judgment filed by the Defendants (ECF No. 36) and the Report and Recommendation of Chief Magistrate Judge Lenihan (ECF No. 44) who recommended that the Motion for Summary Judgment be granted. The parties were served with the Report and Recommendation and informed that they had until December 26, 2013, to file written objections. Plaintiff filed objections on December 19, 2013. (ECF No. 45).

Upon thorough review, the Court finds that Plaintiff's objections do not undermine the magistrate judge's recommendation. Therefore, after *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and the objections thereto, the following order is entered.

**AND NOW**, this 22nd day of January, 2014,

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 36) is **GRANTED**.

1

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 44) is **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

Mark R. Hornak
United States District Judge

cc: Craig Williams
BX-9919
SCI Albion
10745 Route 18
Albion, PA 16475
(*Via First Class Mail*)

Counsel of Record
(*Via ECF Electronic Mail*)